## Case No. 13,943.

### THOMPSON v. BERRY.

[1 Cranch, C. C. 45.] [1]

Circuit Court, District of Columbia. Dec. Term, 1801.

ASSAULT AND BATTERY—DEFENDANT'S LAND—PUSHING OFF.

A man cannot lawfully push another off from his land without first requesting him to go off.

Assault and battery. Plea, moliter manus imposuit.

Mr. Hewitt, for defendant, prayed THE COURT to instruct the jury that if they should be of opinion, from the evidence, that the defendant had legal possession of the place where, &c., he had a right to remove the plaintiff by pushing him off.

THE COURT refused to give the instruction as prayed; being of opinion that a previous request to the plaintiff to go off was necessary.

KILTY, Chief Judge, absent.